UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| BRAD JOHNSON, | Civil Action No.: 4:09-cv-1758-JMC-TER |
| Plaintiff, | |
| -vs- | **ORDER** |
| COUNTY OF HORRY, STATE OF SOUTH CAROLINA, HUBERT MISHOE, JANET CARTER, JOHN WEAVER, TAMMY BARNHILL, and BRENDA GORSKI, | |
| Defendant. | |

Presently before the Court is Plaintiff's Motion to Stay (Document # 156) all remaining deadlines in this case, or, in the alternative, to extend the deadline for jury selection. A similar Motion (Document # 146) was previously filed by Defendants and denied by the Court. Likewise, Plaintiff's Motion to Stay (Document # 156) is **DENIED**.

                                                                     s/Thomas E. Rogers, III
                                                                     Thomas E. Rogers, III
                                                                     United States Magistrate Judge

June 5, 2012
Florence, South Carolina